**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 1:24-CR-22 (WLS-TQL) |
| : | |
| KENNETH STEWART, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Before the Court is the Government's Motion to Direct Clerk to Accept and Disburse Fine Payment (Doc. 20) ("the Motion"). Therein, the Government moves the Court to enter an order directing the Clerk to accept and receive the fine payment from Defendant and disburse it to the U.S. Fish and Wildlife Service in accordance with the Agreement for Pretrial Diversion (Doc. 18).

For good cause shown, the Motion is **GRANTED**. The Clerk is **DIRECTED** to accept and receive the fine payment under the Agreement for Pretrial Diversion and disburse that payment to the U.S. Fish and Wildlife Service, Cost Accounting Section, P.O. Box 272065, Denver, Colorado 80227-9060 in accordance with the Agreement for Pretrial Diversion.

**SO ORDERED**, this 23rd day of December 2024.

                              **/s/ W. Louis Sands**
                              **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**